Brian W. Hendrickson, SBA No. 002799
**THE HENDRICKSON LAW FIRM, PLLC**
2133 E. Warner Road, Suite 106
Tempe, Arizona 85284
Tel. (480) 345-7500
Fax:(480)345-6406

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DIANE L. HABENER,<br><br>Debtor. | Case No. 2:10-bk-30225<br><br>Chapter 13<br><br>**VERIFIED STATEMENT OF BRIAN W. HENDRICKSON PURSUANT TO FED.R.BANKR.P. 2014 AND 2016 AND 11 U.S.C. §327** |

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

Brian W Hendrickson, being first duly sworn upon his oath, deposes and states:

1. I am a member of The Hendrickson Law Firm, PLC (the "Firm"), and have been practicing in Arizona since 1971. I am admitted to practice before the Bankruptcy Court in Arizona. I am executing this statement and Notice of Appearance as attorney for debtor in the above captioned case.

2. I received a retainer on October 27, 2010, from the Debtor in the amount of $1,000 for services rendered and to be rendered on Debtor's behalf in this case.

-1-

3. The hourly rates that my firm customarily charges for services of the above-referenced kind are as follows:

      Brian W Hendrickson,       $250
      Legal Assistants and Law Clerks       $95

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of member, to reflect their increased experience and expertise in this area of law. The Firm may make periodic applications for interim compensation.

4. Neither the Firm nor I have any agreements with other entities with respect to compensation received by me pursuant to my agreement with the Debtor.

5. Based upon counsel's investigation to date, I hold no interest adverse to the Debtor, Debtor's attorneys, or any creditors in this case.

6. I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 18th day of November, 2010.

      _____
      Brian W Hendrickson

SUBSCRIBED AND SWORN to before me on this 18th day of November, 2010, by Brian W Hendrickson.

      _____
      Notary Public

My Commission Expires:

NICOLE SMITH
Notary Public - Arizona
Maricopa County
My Comm. Expires Jun 25, 2013