Brian W. Hendrickson, SBA No. 002799
**THE HENDRICKSON LAW FIRM, PLLC**
2133 E. Warner Road, Suite 106
Tempe, Arizona 85284
Tel. (480) 345-7500
Fax:(480)345-6406

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DIANE L. HABENER,<br><br>Debtor. | Case No. 2:10-bk-30225<br><br>Chapter 13<br><br>**NOTICE OF LODGING<br>PROPOSED FORM<br>OF ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, the proposed form of Order attached hereto as **Exhibit "A"** was lodged with the United States Bankruptcy Court this date.

**DATED** this 18th day of November, 2010.

                                        **THE HENDRICKSON LAW FIRM PLLC**
                                        **/s/** BWH #002799
                                        Brian W. Hendrickson
                                        Attorney for Debtor

**ORIGINAL** filed ECF this 18th day of November, 2010, and **COPY** of the foregoing mailed this same date to:

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
*Chapter 13 Trustee*

/s/ ns_____

# EXHIBIT "A"

Brian W. Hendrickson, SBA No. 002799
**THE HENDRICKSON LAW FIRM, PLLC**
2133 E. Warner Road, Suite 106
Tempe, Arizona 85284
Tel. (480) 345-7500
Fax:(480)345-6406

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>DIANE L. HABENER,<br><br>Debtor. | Case No. 2:10-bk-30225<br><br>Chapter 13<br><br>**ORDER APPROVING APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTOR** |

Upon consideration of the Debtor's "Application for Employment of Special Counsel for Debtor", it appearing that the proposed counsel is disinterested, and that employment of such counsel is in the best interest of the estate,

**IT IS HEREBY ORDERED** approving the employment of Donald Loeb, as Special counsel for the Chapter 13 Debtor, Diane Habener, pursuant to 11 U.S.C. § 327.

**DATED AND SIGNED ABOVE**