# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | DIANE LYNN HABENER |
| Case Number: | 2:10-bk-30225-GBN | Chapter: 13 |
| Date / Time / Room: | TUESDAY, NOVEMBER 23, 2010 02:30 PM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | WANDA GARBERICK |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION.

R / M #:   12 / 0

## Appearances:

DIANE LYNN HABENER
LEONARD J. MCDONALD, ATTORNEY FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION
BRIAN HENDRICKSON, ATTORNEY FOR DEBTOR
DONALD LOEB, CO-COUNSEL FOR DEBTOR

## Proceedings:

Mr. McDonald states that he is asking for stay relief to proceed with eviction.  Mr. Loeb states his opposition to stay relief.

COURT: IT IS ORDERED THAT THE STAY IS VACATED, AND THE 14 DAY STAY IS NOT WAIVED. THE ORDER WILL BE SIGNED WHEN PRESENTED.